# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>GILBERTO MACIAS,<br>Defendant. | Case No. **20-MJ-2479**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Felony); |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about May 31, 2019, within the Southern District of California, defendant GILBERTO MACIAS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm that traveled in and affected interstate commerce, to wit: a STAR 9mm semi-automatic handgun with serial number 1202806; in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//
//
//
//
//
//
//

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

*Daniel Nickel*
Daniel Nickel
Task Force Officer, DEA

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __24__ day of June, 2020.

*Mitchell D. Dembin*

HONORABLE MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from my direct, personal participation in this investigation and having read the reports prepared by other law enforcement agents and officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but only contains those facts believed to be necessary to establish requisite probable cause.

On May 31, 2019, at approximately 11:45 a.m., Drug Enforcement Administration (DEA) San Diego Field Division (SDFD), San Diego County Integrated Narcotics Task Force Special Agents (SAs), Task Force Officers (TFOs) and Task Force Agents (TFAs) conducted a Fourth Amendment waiver probation search at 240 Malito Court, Chula Vista, California 91911, the residence of Fourth Amendment waiver probationer Patrice Blanks.

Upon making entry into the residence, I contacted and detained in handcuffs a male subject identified as Jeff Nahill in the hallway. A male subject, later identified as Sergio Soria, was contacted in the southwest bedroom and detained in handcuffs as well. Additionally, a Hispanic male, later identified as Gilberto MACIAS (Defendant), was also contacted in the living room and detained in handcuffs.

Continuing on, a Hispanic male, subsequently identified as Rafael Trasvina, and a black female, later identified as Patrice Blanks, were observed walking next to a large tented structure located in the backyard on the north side of the property. Trasvina opened the gate and was detained in handcuffs while Blanks entered the tent. Blanks refused to come out when ordered to do so. Blanks was thereafter contacted inside the tent and detained in handcuffs without further incident.

The tented structure located in the backyard of the residence was approximately 15 feet by 15 feet, consisted of several large, interlaced plastic tarps,

contained a refrigerator and couches, and had been resurrected on top of several wooden pallets affixed to the ground.

Records checks were conducted on the above-listed subjects encountered at 240 Malito Court. With respect to MACIAS, records checks showed that he was on AB-109 Post-Release Community Supervision, but he claimed to have been discharged in October 2018.

Following records checks, law enforcement conducted a limited probation search of the residence. Among other items, investigators discovered a silver and black STAR, Model STA, 9 mm semi-automatic handgun with serial number 1202806 in the tented structure in the backyard. Specifically, the STAR handgun was found next to a black couch behind a black toolbox. The STAR handgun was determined to have a loaded magazine containing six rounds of 9 mm ammunition, and was found inserted into the handgun's magazine well. With respect to the STAR 9mm handgun, a preliminary determination was made that the handgun was not manufactured in California, and it therefore traveled in interstate commerce.

MACIAS was released from the scene pending further investigation.

On June 3, 2019, I transferred the STAR handgun to the San Diego County Sheriff's Department (SDSD) Crime Laboratory so that it could be checked for fingerprints and undergo a functionality/operability test.

Voluntary DNA samples were subsequently obtained from both Trasvina and Blanks at their respective SDCJ facilities. I retrieved both Trasvina and Blanks' DNA samples and transferred them to the SDSD Main Evidence where I requested that the DNA be compared to any DNA located on the STAR 9 mm handgun and its associated magazine and ammunition.

On June 6, 2019, I obtained a California State search warrant to collect a DNA reference sample from MACIAS. On July 14, 2019, MACIAS was contacted by San Diego Police Department (SDPD) Officers during a traffic stop. During that contact,

SDPD Officers obtained MACIAS' DNA reference sample pursuant to his written consent. I subsequently retrieved MACIAS' DNA reference sample, submitted it to the SDSD Crime Lab and requested DNA comparison to that of any DNA that might be collected from the aforementioned handgun.

In May 2020, DNA results indicated MACIAS was a 99 percent match and there was "Very strong support for inclusion" for a DNA match from the DNA recovered from the STAR handgun and MACIAS' DNA.

Subsequent records checks revealed MACIAS has been convicted of numerous felonies. Here is an approximately outline of his criminal history:

| OFFENSE DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 02/21/2002 | CASC – San Diego South Bay | VC 10851(A) – Vehicle theft (F – Reduced to M) | 174 days |
| 12/20/2002 | CASC – San Diego South Bay | PC 69 – Obstruct/resist executive officer (F) and H&S 11377(A) – poss. cntl sub (F) | 2 years |
| 08/08/2004 | CASC – San Diego South Bay | PC 459 – Burglary and PC 496(A) – receipt of known stolen property (F) | 2 years |
| 07/01/2005 | CASC – San Diego South Bay | H&S 11378 – Poss Cntrl. Sub for Sale (F) | 16 months |
| 11/13/2014 | CASC – San Diego South Bay | PC 69 – Obstruct/resist executive officer (F), PC 459 – burglary (F) and PC 466 – poss of burglary tools (M) | 365 days |
| 11/27/2014 | City Attorney San Diego | PC 273.6(A) – Violate domestic violence restraining order (M) | 180 days |

| 12/01/2014 | CASC – San Diego South Bay | PC 646.9(a) – Stalking (F) | 2 years |
| --- | --- | --- | --- |
| 06/23/2016 | CASC – San Diego South Bay | VC 10851(A) – Vehicle theft (F) | 3 years |
| 11/27/2019 | CASC – San Diego South Bay | PC 29800(a)(1) – Felon in possession of firearm | 16 months |